No. D–1319. IN RE DISBARMENT OF COHN. It is ordered that Steven Lawrence Cohn, of Beverly Hills, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1320. IN RE DISBARMENT OF DE LOACH. It is ordered that Guion T. De Loach, of Naples, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1321. IN RE DISBARMENT OF WERNER. It is ordered that William Jules Werner, of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 108, Orig. NEBRASKA v. WYOMING ET AL. Motion of the Special Master for award of compensation and reimbursement of expenses granted, and the Special Master is awarded a total of $59,566.79 for the period October 16, 1992, through August 31, 1993, to be paid as follows: 30% to be paid by each Nebraska and Wyoming, 15% to be paid by Colorado, and 25% to be paid by the United States. [For earlier order herein, see, e. g., 507 U. S. 1049.]

No. 121, Orig. LOUISIANA v. MISSISSIPPI ET AL. Motion for leave to file bill of complaint granted, and defendants are allowed 30 days within which to file answers. [For earlier order herein, see ante, p. 803.]

No. 92–1274. ANAGO INC. v. TECNOL MEDICAL PRODUCTS, INC. C. A. 5th Cir. Motion of the parties to defer consideration of petition for writ of certiorari granted until December 1, 1993.

No. 92–1988. TICOR TITLE INSURANCE CO. ET AL. v. BROWN ET AL. C. A. 9th Cir. [Certiorari granted, ante, p. 810.] Motion of respondents to defer briefing and oral argument denied.

No. 92–7247. FARMER v. BRENNAN, WARDEN, ET AL. C. A. 7th Cir. [Certiorari granted, ante, p. 811.] Motion for appointment of counsel granted, and it is ordered that Alvin J. Bronstein, Esq., of Washington, D. C., be appointed to serve as counsel for petitioner in this case.